IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REYNALDO A. LATRE,

    Petitioner,                   No. CIV S-09-3419 EFB P

    vs.

TOM L. CAREY, Warden,

    Respondent.                ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. See 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. See 28 U.S.C. § 1915(a).

    Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the district court in Fresno. *See* Local Rule 120(f).

    2. The Clerk of Court shall assign a new case number.

////

////

////

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: December 15, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE